# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HACKETT,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAYMOND FISHER, et al.,<br><br>  Defendants. | 1:15-cv-00670-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE IN FULL WITHIN FORTY-FIVE DAYS |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 1, 2015. The case filing fee for this action is $400.00 ($350.00 filing fee, plus $50.00 administrative fee). On May 1, 2015, Plaintiff submitted $350.00 of the total case filing fee. Accordingly, it is HEREBY ORDERED that:

Within forty-five (45) days from the date of service of this order, Plaintiff shall pay the remaining $50.00 administrative fee for this action. **No requests for extension of time will be granted without a showing of good cause. Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 6, 2015**            /s/ Barbara A. McAuliffe
                                                   UNITED STATES MAGISTRATE JUDGE

1