# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HACKETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. TOOR,<br><br>　　　　Defendant. | Case No. 1:15-cv-00670-DAD-BAM (PC)<br><br>ORDER TO RECAPTION CASE<br><br>ORDER DIRECTING DEFENDANT TOOR TO FILE RESPONSIVE PLEADING<br><br>TWENTY-ONE (21) DAY DEADLINE |

Plaintiff Stephen Hackett ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 11, 2017, the Court granted in part and denied in part Defendants' motion to dismiss. (ECF No. 33.) Accordingly, this action proceeds only against Defendant Toor for deliberate indifference in violation of the Eighth Amendment regarding conduct in May to June 2016. This action no longer proceeds against any other defendants, and there are no longer multiple defendants. Therefore, the caption for this case shall be as reflected above.

In addition, Defendant Toor shall file an answer or other responsive pleading to Plaintiff's second amended complaint within twenty-one (21) days from the date of service of this order.

IT IS SO ORDERED.

　　Dated: __September 12, 2017__　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1